UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN TALBERT WILLIAMS,

                    Plaintiff,

          -against-

UNITED STATES OF AMERICA
(DEPARTMENT OF TREASURY), *et al*.,

                    Defendants.

19-CV-11547 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 24, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    September 21, 2020
          New York, New York

_____
          COLLEEN McMAHON
     Chief United States District Judge